**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   PAMELA JOYCE MERSHON,

10              Plaintiff,                        No. C 15-01840 JSW

11        v.

12   CAROLYN W. COLVIN, Commissioner of          **ORDER DIRECTING PLAINTIFF**
     Social Security,                            **TO INFORM COURT**
13                                               **REGARDING CONSENT TO**
                Defendant.                       **MAGISTRATE JUDGE FOR ALL**
14   _____/           **PURPOSES**

15

16        In cases initially assigned to a district judge, the parties may consent at any time to

17   reassignment of the case to a magistrate judge for all purposes, including entry of final

18   judgment.  *See* Civil L.R. 73-1(b).  The Court has received notice of such consent from

19   Defendant.  Accordingly, Plaintiff is hereby DIRECTED to advise the Court, no later than June

20   15, 2015, as to whether she consents to have a magistrate judge conduct all further proceedings

21   in the instant action.  For the parties' convenience, consent forms are available at

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1   http://www.cand.uscourts.gov, in the "Forms" section.[1]  The parties are further advised that they

2   may jointly request assignment to a specific magistrate judge.

3          **IT IS SO ORDERED.**

4

5   Dated: June 1, 2015                                      _____

6                                                            JEFFREY S. WHITE
                                                             UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27          [1] Normally, the Court would direct the parties to so inform the Court in their joint
    case management statement filed in connection with a case management conference.
28  Because the instant action involves a review of an administrative record, however, a case
    management conference has not been scheduled.

**United States District Court**
For the Northern District of California